IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Joanna Grzes | ) |
| And | ) |
| Agnieszka Sobolewska | ) |
| individually | ) |
| and on behalf of all persons | ) |
| similarly situated | ) CASE NO 21 CV 1215 |
| as | ) |
| members of the Collective as permitted | )The Honorable District Judge |
| under the Fair Labor Standards Act; | ) Ronald Guzman |
| | )Designated as Magistrate Judge |
| Plaintiff, | )The Honorable Heather McShain |
| vs. | ) |
| Snickers Inc., | ) |
| And   John Frangias | ) **JURY TRIAL DEMANDED** |
| as an individual | ) **ON ALL COUNTS** |
| under FLSA and Illinois Wage Laws | ) |
| Defendants. | ) |

## "Sealed Document Pursuant to LR 26.2";

This document is filed under seal in accordance with the Order of this court, entered by the Honorable Judge Ronald Guzman, entered on January 9, 2023.

The sealed document is a transcript which will be provided in hard copy to the court on January 17, 2023 and to Defendant counsel on January 16, 2023.

                Respectfully submitted,

                By:      -S-John C. Ireland
                          John C. Ireland

                          Attorney for the Plaintiffs

The Law Office Of John C. Ireland
636 Spruce Street
South Elgin ILL
60177
 630-464-9675
Facsimile 630-206-0889         attorneyireland@gmail.com

1/16/2023

## CERTIFICATE OF SERVICE

TO:
Luke A. Casson
Andreou & Casson, Ltd.
661 W Lake Street, Suite 2N
Chicago, Illinois 60661

      PLEASE TAKE NOTICE THAT on January 16, 2023 Plaintiffs Emailed the below described document(s) to the above named representative:

# TRANSCRIPT OF CONFERENCE

A copy of which is herewith served upon you.

### PROOF OF SERVICE

  The undersigned on oath states that the above described documents by US Mail and a copy of this notice by electronic delivery to the above named attorneys of record on January 16, 2023.

I, John C. Ireland, under penalty of perjury under the laws of the State of Illinois that the forgoing was correct and true.

      (Dated: January 16, 2023

                        Respectfully submitted,

                  By:      -S-John C. Ireland
                         John C. Ireland

                        Attorney for the PlaintiffS

The Law Office Of John C. Ireland
636 Spruce Street
South Elgin ILL
60177
 630-464-9675
Facsimile 630-206-0889            [attorneyireland@gmail.com](mailto:attorneyireland@gmail.com)