UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Joanna Grzes, et al.
                    Plaintiff,

v.                                                    Case No.: 1:21−cv−01215
                                                      Honorable Ronald A. Guzman

Snickers Inc, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2023:

MINUTE entry before the Honorable Ronald A. Guzman: After reviewing the parties' settlement agreement, which is attached as an exhibit to this order, the Court finds that its terms are fair, reasonable, and adequate to resolve the Plaintiffs&#0;39; and opt−in member's claims. The case is dismissed without prejudice; the dismissal shall automatically convert to one with prejudice 90 days after entry of this order, unless either party moves to reinstate the case solely for purposes of enforcing the settlement agreement. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.